# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**COREY MARQUEE ADAMS (#357624)**      **CIVIL ACTION**

**VERSUS**

     **20-626-JWD-SDJ**

**LARRY SIMON, ET AL.**

## NOTICE

Please take notice that the attached Magistrate Judges Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGES REPORT.

Signed in Baton Rouge, Louisiana, on April 6, 2021.

_/s/ Scott D. Johnson_
_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**COREY MARQUEE ADAMS (#357624)**     **CIVIL ACTION**

**VERSUS**

**20-626-JWD-SDJ**

**LARRY SIMON, ET AL.**

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the plaintiff's Motion for Entry of Default Judgment (R. Doc. 13). The plaintiff requests that a default judgment be entered against the defendants for their failure to plead or otherwise defend this action. The plaintiff's Motion (R. Doc. 13) should be denied.

"Because it is important to keep straight default language, a review of the terms regarding defaults is appropriate. A default occurs when a defendant has failed to plead or otherwise respond to the complaint within the time required by the Federal Rules. An entry of default is what the clerk enters when the default is established by affidavit or otherwise. Fed. R. Civ. P. 55(a). After defendant's default has been entered, plaintiff may apply for a judgment based on such default. This is a default judgment." *New York Life Ins. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996).

In this case, the plaintiff failed to obtain an entry of default prior to moving for entry of default judgment. Entry of a default from the clerk of court under Federal Rule of Civil Procedure 55(a) is a prerequisite to obtaining an entry of judgment under Rule 55(b).

Although the plaintiff asserts that a default has been entered for failure to appear, the plaintiff's request for the same was denied on March 2, 2021, because the defendants filed an Answer (R. Doc. 10) on February 25, 2021. *See* R. Doc. 12. Accordingly, the defendants have

not failed to plead or otherwise respond in this matter, and the plaintiff's Motion for Entry of Default Judgment (R. Doc. 13) should be denied.

## RECOMMENDATION

It is recommended that the plaintiff's Motion (R. Doc. 13) be **DENIED.**

Signed in Baton Rouge, Louisiana, on April 6, 2021.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**