UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**COREY MARQUEE ADAMS (#357624)**             **CIVIL ACTION**

**VERSUS**

**NO.   20-626-JWD-SDJ**

**LARRY SIMON, ET AL.**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 17) dated April 6, 2021, to which no objection was filed,

**IT IS ORDERED** Plaintiff's Motion for Entry of Default Judgment (Doc. 13) is DENIED.

Signed in Baton Rouge, Louisiana, on <u>May 10, 2021</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**