UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**COREY MARQUEE ADAMS (#357624)**

**VERSUS**

**LARRY SIMON, ET AL.**

**CIVIL ACTION**

**NO.   20-626-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated March 28, 2022 (Doc. 39), to which no objection was filed;

**IT IS ORDERED** that the parties' Cross Motions for Summary Judgment (Docs. 34 and 35) are denied, and this matter is referred back to the Magistrate Judge for further proceedings.

Signed in Baton Rouge, Louisiana, on April 29, 2022.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**